172 A.3d 1079

MTK FOOD SERVICES, INC., PLAINTIFF, v. SIRIUS AMERICA INSURANCE COMPANY, DEFENDANTS. (ARCHER & GREINER, P.C., AND RICHARD GRUNGO, JR., ESQ.—MOVANTS)

M–256 September Term 2017
080034

November 2, 2017

## ORDER

It is ORDERED that the motion for leave to appeal is granted and the matter is summarily remanded to the Superior Court, Appellate Division to consider on the merits.

172 A.3d 1080

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. ALLEN ALEXANDER, A/K/A KARON KEENAN, DEFENDANT–MOVANT.

M–25L September Term 2017
078515

November 2, 2017

## ORDER

It is ORDERED that the motion for a limited remand is granted, in part, and the trial court is hereby authorized to consider a motion by defendant to reduce or modify bail. The Court notes that it takes no position on the merits of any bail-related motion and also that this limited remand does not in any way stay the proceedings in the appeal pending before the Supreme Court.